D. Craig Parry (7274)
Nathaniel D. Paynter (14282)
PARR BROWN GEE & LOVELESS
185 South State Street, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
cparry@parrbrown.com
npaynter@parrbrown.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JETPAY MERCHANT SERVICES, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK BANK CORPORATION, a Utah corporation,<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:12-cv-197-RJS<br><br>Judge:  Robert J. Shelby |

  Please take notice that D. Craig Parry, Nathaniel D. Paynter, and the law firm of PARR BROWN GEE & LOVELESS hereby withdraws as counsel of record for JetPay Merchant Services, LLC.

  JetPay Merchant Services, LLC will continue to be represented in the above-captioned matter by Barbara K. Berrett of and for Barrett & Hanna, LC.

D<span/>ATED this 5th day of February, 2014.

        P<span/>ARR B<span/>ROWN G<span/>EE & L<span/>OVELESS, P.C.

    By:  /s/ D. Craig Parry
          D. Craig Parry
          Nathaniel D. Paynter
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2013, the **NOTICE OF WITHDRAWAL OF COUNSEL** was served via the Court's CM-ECF electronic case filing system on the following:

Jeffery S. Williams
NELSON CHRISTENSEN
HOLLINGWORTH & WILLIAMS
68 S. Main St., #600
Salt Lake City, UT 84101

Barbara K. Berrett
BERRETT & HANNA, LC
405 South Main, #1050
Salt Lake City, UT  84111


/s/ D. Craig Parry
D. Craig Parry

3

4842-8766-9016