IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JETPAY MERCHANT SERVICES, LLC; a Texas limited liability company; JETPAY, LLC, a Texas limited liability company; JETPAY ISO SERVICES, LLC, a Texas limited liability company; UNIVERSAL BUSINESS PAYMENT SOLUTIONS ACQUISITION CORPORATION (now known as JetPay Corporation), and WLES, L.P., A Texas limited partnership.<br><br>*Plaintiffs,*<br><br>v.<br><br>MERRICK BANK CORPORATION, a Utah corporation,<br><br>*Defendant.* | STIPULATED ORDER OF DISMISSAL UNDER FRCP 41(a)(2)<br><br>Case No. 2:12-cv-197-RJS-BCW<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Brook C. Wells |

WHEREAS, the parties to this action have agreed to settle the claims asserted herein and have entered into a Settlement Agreement and Release, dated as of July 15, 2016 and found on the court's docket at entry 181-1 (the Settlement Agreement), and

WHEREAS, the parties request that the court dismiss this action with prejudice but retain jurisdiction to enforce the terms of the Settlement Agreement;

NOW, THEREFORE, IT IS ORDERED:

(1) This action is hereby dismissed with prejudice;

(2) The parties to this action must abide by the terms of the Settlement Agreement; and

(3) The court will retain jurisdiction to enforce the terms of the Settlement Agreement.

SO ORDERED this 27th day of July, 2016.

>BY THE COURT:
>
>_____
>The Honorable Robert J. Shelby
>United States District Court Judge